VINCENT ROSENBALM                                3/19/08
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558
    UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA
    V.                    42 U.S.C 1983
ED FOULK                       CIVIL RIGHTS COMPLAINT
CEO OF NAPA STATE HOSPITAL
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558

1) I, THE UNDERSIGNED COMPLAINANT STATE THE FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. ON OR ABOUT MARCH 17, 2008 IN NAPA COUNTY IN THE NORTHERN DISTRICT. DEFENDANT(S) DID REFUSE MY MAIL SERVICE TO U.S. DISTRICT COURT. THIS IS A VIOLATION OF THE 1st AMENDMENT OF THE U.S. CONSTITUTION. I ASK FOR A SUMMARY JUDGMENT OF $500 A DAY EVERYDAY I AM REFUSED MAIL DELIVERY UNDER TITLE 39 UNITED STATES CODE(S) 5202 AND 5206.

                                Vincent Rosenbalm
                                3/19/08

Envelope scan:

From:
Vincent Rosenthaler
2100 Napa Vallejo Hwy
Napa, CA 94558

To:
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

LEGAL

RECEIVED
MAR 24 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USPS postage: $0.17, MAR 20 2008, mailed from ZIP code 94558