AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_NORTHERN_ District of _CALIFORNIA_

UNITED STATES OF AMERICA
Plaintiff

V.

ED FOULK
CEO OF NAPA State Hospital
NAPA State Hospital
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: CV 08 1603 SI (PR)

I, _VINCENT ROSENBALM_, declare that I am the (check appropriate box)
[✓] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [✓] Yes   [ ] No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _NAPA State Hospital_

   Are you employed at the institution? _Yes_   Do you receive any payment from the institution? _Not yet_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [✓] Yes   [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   _Approx $20 week_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   [✓] Yes   [ ] No
   b. Rent payments, interest or dividends   [ ] Yes   [✓] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [✓] No
   d. Disability or workers compensation payments   [ ] Yes   [✓] No
   e. Gifts or inheritances   [ ] Yes   [✓] No
   f. Any other sources   [✓] Yes   [ ] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   _ALL ESTIMATES (FINANCIALS)_

AO 240 Reverse (Rev. 10/03)

12$\underline{50}$ Month Welfare Hospital

Author House Publishing paid 3.$\underline{25}$ sale of Book

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. _____ Ø _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☑ Yes  ☐ No

   If "Yes," describe the property and state its value.

   2 Cars 92-93 Subarus worth Approx $10,000
   Personal Property worth approx $10-15,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Joseph David Rozenbalm
   none at present due to illegal incarceration

I declare under penalty of perjury that the above information is true and correct.

_____3/19/08_____  _____Vincent Rozenbalm_____
       Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
 1                                                              1603
 2                                      Case Number: _____
 3
 4
 5                                                                SI
 6
 7
 8                       CERTIFICATE OF FUNDS                   (PR)
 9                              IN
10                       PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of Vincent Rosenhalm for the last six months
                                       [prisoner name]
14   Napa State Hospital               where (s)he is confined.
          [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ 19.30   and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ 0.00    .
18
19   Dated: 2/27/08                        Laura Harris
                                           [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

                                            -5-
```

CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

2/27/2008
4:13:26PM

NAPA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

2069375   ROSENBALM, VINCENT

|    | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|----|-----------|---------|------|---------|-----------|---------|---------|
| 1  | 08/27/2007 | 13-153936 | Cash Disbursement | cl v158 | $12.50 | | $5.00 |
| 2  | 09/24/2007 | 18-075238 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |
| 3  | 09/24/2007 | 13-154124 | Cash Disbursement | cl v234 | $12.50 | | $5.00 |
| 4  | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 5  | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 6  | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 7  | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 8  | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 9  | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 10 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 11 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 12 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 13 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 14 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 15 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 16 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 17 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |

TOTAL WITHDRAWLS / DEPOSITS:                $133.25    $115.75