PROOF OF MAIL DELIVERY 3/19/08

**CV 08    1603  SI  (PR)**

I am Vincent Rosenbalm a citizen of the United States over 18 years of age

ON 3/19/08 I served the within

1) 42 U.S.C 1983 CIVIL RIGHTS COMPLAINT
2) Miscellaneous Financial Papers

By placing a sealed envelope in the Napa State Hospital Mail.

Addressed
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

**FILED
MAR 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

From
Vincent Rosenbalm
2100 Napa Vallejo Hwy
Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm