N/C

FILED

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VINCENT ROSENBAUM
Plaintiff,

CV 08 1603

CASE NO. _____

vs.

ED FOULK

Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS
(PR) SI

I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: NAPA State Hospital 2100 Napa Vallejo Hwy Napa, CA 94558

Gross: Approx $20 week    Net: Approx $20 week

Employer: NAPA State Hospital

ALL ESTIMATES

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                 Yes ✓  No ___
10              self employment
11     b.   Income from stocks, bonds,              Yes ___ No ✓
12              or royalties?
13     c.   Rent payments?                          Yes ___ No ✓
14     d.   Pensions, annuities, or                 Yes ___ No ✓
15              life insurance payments?
16     e.   Federal or State welfare payments,      Yes ✓  No ___
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _Hospital Welfare  12⁵⁰ month_____
22  _Author House Publishing   3²⁵ sale Book_____
23  3.     Are you married?                         Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____
28  4.     a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____JDR (17)_____
6      _____
7  5.  Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile? (2)   Yes ✓ No ___
10  Make __SUBARU__ Year __92, 93__ Model __Legacy__
11  Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ✓ No ___
20  __Personal Property Approx $10-15,000__
21  8.  What are your monthly expenses?
22  Rent: $ ___0___ Utilities: ___0___
23  Food: $ ___0___ Clothing: ___0___
24  Charge Accounts:
25  Name of Account         Monthly Payment         Total Owed on This Acct.
26  ___0___                 $ ___0___               $ ___0___
27  ___0___                 $ ___0___               $ ___0___
28  ___0___                 $ ___0___               $ ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

ALL ESTiMATes

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

STUPENT LOANS      Approx  $5 - 10,000

CREDIT CARD Debt Approx $5 -10,000

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ✓  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Not SURE?

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.
    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/30/08                    Vincent Rosenbalm
DATE                       SIGNATURE OF APPLICANT

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |
| 3 | |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SI**

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

√ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you **(PR)** must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. √ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   o\c You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   o\c You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

rev. 10/25/07

