1. VINCENT ROSENBALM
2. 2100 NAPA VALLEJO HIGHWAY unit 5/6
3. NAPA, CA 94558
4. 707 252-9949
5.     UNITED STATES DISTRICT COURT
6. NORTHERN DISTRICT OF CALIFORNIA
7. VINCENT ROSENBALM   NO. C08-279 SI (pr)
8.    Plaintiff      NO. C08-751 SI (pr)
9.                     NO C08-952 SI (pr)
10.                     NO C08-1360 SI (pr)
11.                     NO. C08-1474 SI (pr)
12.                     NO. C08-1503 SI (pr)
13.                     NO C08-1509 SI (pr)
14.                     NO C08-1603 SI (pr)
15.     ORDER TO SHOW CAUSE
16. THE FIRST REASON IS 1) ROSENBALM
17. V KLEIN 2) ROSENBALM V LUNGREN 3)
18. ROSENBALM V LUNGREN INVOLVE A
19. CASE IN WHICH I WAS NEARLY BEATEN
20. TO DEATH BY ABOUT 10 POLICE OFFICERS
21. AND IT TOOK MANY YEARS TO RECOVER.
22. ALL THE CASES FILED THIS YEAR ARE
23. PART OF A CASE IN WHICH I WAS
24. ALMOST BEATEN TO DEATH BY
25. 10 PEOPLE. THESE INCIDENTS INVOLVE
26. ATTEMPTED MURDER AND I AM
27. UNDER IMMINENT DANGER OF SERIOUS
28.     CONTINUED ON PAGE 2

physical injury. BESIDES ATTEMPTS TO KILL ME, I MAY NEED SURGERY ON MY RIGHT SHOULDER AND MY PROFESSIONAL SPORTS CAREER IS IN DANGER.

IF YOU DON'T THINK ATTACKS TO KILL ME OR ATTEMPTED MURDER IS NOT ENOUGH, YOU MIGHT RECONSIDER WHEN THE SWORD OF GOD STRIKES.

YOU CAN DISCRIMINATE AGAINST ME BECAUSE I'M A JEW, BUT YOU CAN'T HIDE FROM GOD ALMIGHTY WHEN HE STRIKES THIS CORRUPTION.

YOU CANNOT HIDE FROM THE FACTS YOUR JUDICIAL POLICE AND OTHERS ATTEMPTED TO KILL ME THE LAST ATTEMPT BEING MAY 3, 2007. IF THIS PATTERN CONTINUES BEWARE OF THE SWORD!!!

UNDER THE PENALTY OF PERJURY THIS IS true AND CORRECT TO THE BEST OF MY KNOWLEDGE.

VINCENT ROSENBAUM

*Vincent Rosenbalm*

4/14/08

I will turn in more evidence for this order soon, before May 2 2008!