United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                          No. C 08-279 SI (pr)
                                                No. C 08-751 SI (pr)
VINCENT ROSENBALM,                              No. C 08-952 SI (pr)
                                                No. C 08-1360 SI (pr)
          Plaintiff.                            No. C 08-1474 SI (pr)
                                                No. C 08-1503 SI (pr)
_____/               No. C 08-1504 SI (pr)
                                                No. C 08-1603 SI (pr)

                                        **JUDGMENT**

        Each of these actions is dismissed without prejudice to plaintiff asserting his claims in

an action for which he pays the full filing fee at the time he files his complaint.


        IT IS SO ORDERED AND ADJUDGED.


Dated: May 8, 2008                      _____
                                                SUSAN ILLSTON
                                        United States District Judge